UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-63(01) RM |
| ) | |
| HENRY BONDS ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 26, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 38], ACCEPTS defendant Henry Bonds plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  August 19, 2010

　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　United States District Court